**Abatement Order filed February 11, 2021**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00073-CR

### IN RE ANDREW PETE

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1535047**

## ORDER

On February 8, 2021, relator Andrew Pete filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of a ruling made by the Honorable Randy Roll, presiding judge of the 179th District Court of Harris County, regarding relator's motion to compel production of the disciplinary records of certain law enforcement officers.

Respondent ceased to hold the office of Judge of the 179th District Court of Harris County, Texas, on December 31, 2020. Therefore, we are required to abate

this mandamus proceeding to permit respondent's successor, the **Honorable Ana Martinez**, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

This mandamus proceeding is abated until **<u>March 11, 2021</u>**, by which time Judge Martinez shall advise this court of the action taken on relator's request. This court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Hassan